IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILE _____

05 APR 20 PM 2 5

ROBERT R. DI ___ IO
CLERK, U.S. DI ___ CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| BETTY J. GROSE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 05-2251- Ma V |
| MERCK & CO., INC.; | ) JURY DEMAND |
| Defendant. | ) ) |

TMP [PROPOSED] ORDER GRANTING STAY PENDING TRANSFER DECISION
BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

THIS CAUSE came before the Court on the joint motion of Plaintiff Betty J. Grose and Defendant Merck & Co. Inc. to stay all pre-trial proceedings in this action, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657), the proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX®. The Court, having considered the joint motion, and the entire record in the cause, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re VIOXX Products Liab. Litig.* (MDL-1657). This stay is subject to all applicable orders of the MDL Panel transferee court, the U.S. District Court for the Eastern District of Louisiana.

SO ORDERED, ADJUDGED and DECREED, this the 20 day of April, 2004.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

MEMPHIS 163004v1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02251 was distributed by fax, mail, or direct printing on April 21, 2005 to the parties listed.

---

Kathryn E. Barnett
LIEFF CABRASER HEIMANN & BERNSTEIN
3319 West End Ave.
Ste. 600
Nashville, TN 37203

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT